UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHOUDRY M. HUSSAIN, Individually and on
behalf of a class,

                                Plaintiff,

Case No. 17-cv-2847

- against -

PORTFOLIO RECOVERY ASSOCIATES, LLC,

                                Defendants.
-------------------------------------------------------------X

FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y.
★ JUL 12 2017 ★
BROOKLYN OFFICE

### NOTICE OF VOLUNTARY DISMISSAL

CHOUDRY M. HUSSAIN, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A) hereby provides notice of voluntary dismissal, with prejudice, of the above-referenced matter against PORTFOLIO RECOVERY ASSOCIATES, LLC. No Answer has been filed in this case.

Dated: Brooklyn, New York
       June 26, 2017

                                          SHAKED LAW GROUP, P.C.
                                          Attorneys for Plaintiff

                                          By _____
                                          Dan Shaked (DS-3331)
                                          44 Court St., Suite 1217
                                          Brooklyn, NY 11201
                                          Tel. (917) 373-9128
                                          Fax (718) 504-7555
                                          e-mail: ShakedLawGroup@gmail.com

*So ordered.*

                                          s/ Edward R. Korman
                                          USDJ
                                          7/11/17